People v Garrett (2025 NY Slip Op 01122)

People v Garrett

2025 NY Slip Op 01122

Decided on February 26, 2025

Appellate Division, Second Department

Published by New York State Law Reporting Bureau pursuant to Judiciary Law § 431.

This opinion is uncorrected and subject to revision before publication in the Official Reports.

Decided on February 26, 2025
SUPREME COURT OF THE STATE OF NEW YORK
Appellate Division, Second Judicial Department

ANGELA G. IANNACCI, J.P.
WILLIAM G. FORD
DEBORAH A. DOWLING
PHILLIP HOM, JJ.

2024-04319

[*1]People of State of New York, respondent,
v
Carl Garrett, appellant.

Jeffrey D. Cohen, Kew Gardens, NY, for appellant.
Melinda Katz, District Attorney, Kew Gardens, NY (Johnnette Traill, Ellen C. Abbot, and Julien Gutierrez of counsel), for respondent.

DECISION & ORDER
Appeal by the defendant from an order of the Supreme Court, Queens County (Ira H. Margulis, J.), dated May 16, 2024, which, after a hearing, designated him a level two sex offender pursuant to Correction Law article 6-C.
ORDERED that the order is affirmed, without costs or disbursements.
After a hearing conducted pursuant to the Sex Offender Registration Act (Correction Law art 6-C; hereinafter SORA), the Supreme Court assessed the defendant 80 points, rendering him a presumptive level two sex offender, and designated the defendant a level two sex offender.
The defendant's contention that he is entitled to a downward departure to a risk level one designation based upon purported mitigating factors is unpreserved for appellate review, as he failed to request a downward departure at the SORA hearing (see People v Franco, _____ AD3d _____, 2025 NY Slip Op 00119; People v Pomavilla-Loja, 230 AD3d 1359, 1359; People v Valencia, 225 AD3d 637, 637). In any event, the defendant failed to establish that a downward departure is warranted (see People v Gillotti, 23 NY3d 841, 861).
Accordingly, the Supreme Court properly designated the defendant a level two sex offender.
IANNACCI, J.P., FORD, DOWLING and HOM, JJ., concur.
ENTER:
Darrell M. Joseph
Clerk of the Cour